# EXHIBIT A



CORPORATION SERVICE COMPANY®

null / ALL
**Transmittal Number: 16342679**
**Date Processed: 03/08/2017**

# Notice of Service of Process

| | |
|---|---|
| **Primary Contact:** | Ms. Lynn Radliff<br>Amazon.Com, Inc.<br>P.O. Box 81226<br>Seattle, WA 98108-1226 |
| **Electronic copy provided to:** | Dung Phan<br>Maria Catana<br>Joell Parks<br>Jesse Jensen<br>Elizabeth Hernandez<br>Lorraine Colby<br>Annamaria Taskai<br>Lizette Fernandez<br>Karen Curtis<br>Gianmarco Vairo<br>Katie Loughnane<br>Tammy Malley-Naslund |

| | |
|---|---|
| **Entity:** | Amazon.Com, Inc.<br>Entity ID Number 1662773 |
| **Entity Served:** | Amazon.com, Inc. |
| **Title of Action:** | SushiQuik, LLC vs. Amazon.Com, Inc. |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Trademark / Copyright / Patent |
| **Court/Agency:** | Denver County District Court, Colorado |
| **Case/Reference No:** | Not Shown |
| **Jurisdiction Served:** | Delaware |
| **Date Served on CSC:** | 03/08/2017 |
| **Answer or Appearance Due:** | 21 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |
| Sender Information: | William F. Jones<br>303-292-2900 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**
2711 Centerville Road   Wilmington, DE 19808   (888) 690-2882   |   sop@cscglobal.com



| | | |
|---|---|---|
| DISTRICT COURT, DENVER COUNTY, COLORADO | | |
| Court Address: | 1437 Bannock Street Denver, Colorado | |
| Phone Number: | (720) 865-8301 | |
| Plaintiff: | SushiQuik, LLC | |
| Defendant: | Amazon.com, Inc. | |
| Attorneys for: Name: | Plaintiff William F. Jones Scott C. James **MOYE WHITE LLP** | ▲ COURT USE ONLY ▲ |
| Address: | 16 Market Square, 6th Floor 1400 16th Street Denver, CO 80202-1486 | Case No. Division/Courtroom: |
| Phone No.: | (303) 292 2900 | |
| Fax No.: | (303) 292 4510 | |
| E-Mail: | billy.jones@moyewhite.com scott.james@moyewhite.com | |
| Atty. Reg. # | William F. Jones (#35294) Scott C. James (#42745) | |
| **SUMMONS** | | |

### THE PEOPLE OF THE STATE OF COLORADO TO THE ABOVE-NAMED DEFENDANTS: Amazon.com, Inc.

**YOU ARE HEREBY SUMMONED AND REQUIRED TO FILE** with the Clerk of this Court an Answer or other response to the attached Complaint of SushiQuik, LLC ("Complaint"). If service of the Summons and Complaint was made upon you within the State of Colorado, you are required to file your Answer or other response within twenty-one (21) days after such service upon you. If service of the Summons and Complaint was made upon you outside of the State of Colorado, you are required to file your Answer or other response within thirty (35) days after such service upon you.

IF YOU FAIL TO FILE your Answer or other response to the Complaint in writing within the applicable time period, judgment by default may be entered against you by the Court for the relief demanded in the Complaint without further notice.

The following documents are also served herewith:

- Complaint of Plaintiff SushiQuik, LLC against Amazon.com, Inc.
- Civil Case Cover Sheet.

DATED this 7th day of March, 2017.

Respectfully submitted,

MOYE WHITE LLP

*/s  William F. Jones*
William F. Jones (#35294)
Scott C. James (#42745)
ATTORNEYS FOR PLAINTIFF
SUSHIQUIK, LLC

| | | |
|---|---|---|
| DISTRICT COURT, DENVER COUNTY, COLORADO | | |
| Court Address: 1437 Bannock Street<br>Denver, Colorado | | |
| Phone Number: (720) 865-8301 | | |
| Plaintiff:      SushiQuik, LLC | | |
| Defendant:   Amazon.com, Inc. | | |
| Attorneys for: Plaintiff<br>Name:           William F. Jones<br>                    Scott C. James<br>                    **MOYE WHITE LLP**<br>Address:        16 Market Square, 6th Floor<br>                    1400 16th Street<br>                    Denver, CO 80202-1486<br>Phone No.:     (303) 292 2900<br>Fax No.:        (303) 292 4510<br>E-Mail:         billy.jones@moyewhite.com<br>                    scott.james@moyewhite.com<br>Atty. Reg. #   William F. Jones (#35294)<br>                    Scott C. James (#42745) | ▲ COURT USE ONLY ▲<br><br>Case No.<br><br>Division/Courtroom: | |

**CIVIL CASE COVER SHEET**

1.   **This cover sheet shall be filed with each pleading containing an initial claim for relief in every district court civil (CV) case, and shall be served on all parties along with the pleading.** It shall not be filed in Domestic Relations (DR), Probate (PR), Water (CW), Juvenile (JA, JR, JD, JV), or Mental Health (MH) cases. Failure to file this cover sheet is not a jurisdictional defect in the pleading but may result in a clerk's show cause order requiring its filing.

2.   **Check one of the following:**

☐ This case is governed by C.R.C.P. 16.1 because:

- The case is not a class action, forcible entry and detainer, C.R.C.P. 106, C.R.C.P. 120, or other similar expedited proceeding; *AND*
- A monetary judgment over $100,000 is not sought by any party against any other single party. This amount includes attorney fees, penalties, and punitive

damages; it excludes interest and costs, as well as the value of any equitable relief sought.

☒ This case is not governed by C.R.C.P. 16.1 because (check ALL boxes that apply):

☐ The case is a class action, forcible entry and detainer, C.R.C.P. 106, C.R.C.P. 120, or other similar expedited proceeding.

☒ A monetary judgment over $100,000 is sought by any party against any other single party. This amount includes attorney fees, penalties, and punitive damages; it excludes interest and costs, as well as the value of any equitable relief sought.

*NOTE: In any case to which C.R.C.P. 16.1 does not apply, the parties may elect to use the simplified procedure by separately filing a Stipulation to be governed by the rule within 49 days of the at-issue date. See C.R.C.P. 16.1(e). In any case to which C.R.C.P. 16.1 applies, the parties may opt out of the rule by separately filing a Notice to Elect Exclusion (JDF 602) within 35 days of the at-issue date. See C.R.C.P. 16.1(d).*

☐ A Stipulation or Notice with respect to C.R.C.P. 16.1 has been separately filed with the Court, indicating:

☐ C.R.C.P. 16.1 applies to this case.

☐ C.R.C.P. 16.1 does not apply to this case.

3.    ☐ This party makes a Jury Demand at this time and pays the requisite fee. See C.R.C.P. 38. (Checking this box is optional.)

DATED this 7th day of March, 2017.

Respectfully submitted,

MOYE WHITE LLP

*/s William F. Jones*
William F. Jones (#35294)
Scott C. James (#42745)
ATTORNEYS FOR PLAINTIFF
SUSHIQUIK, LLC

| | |
|---|---|
| DISTRICT COURT, DENVER COUNTY, COLORADO | |
| Court Address: 1437 Bannock Street<br>Denver, Colorado<br><br>Phone Number: (720) 865-8301 | |
| Plaintiff: SushiQuik, LLC<br><br>Defendant: Amazon.com, Inc. | |
| Attorneys for:<br>Name:        William F. Jones<br>             Scott C. James<br>             **MOYE WHITE LLP**<br>Address:     16 Market Square, 6th Floor<br>             1400 16th Street<br>             Denver, CO 80202-1486<br>Phone No.:   (303) 292 2900<br>Fax No.:     (303) 292 4510<br>E-Mail:      billy.jones@moyewhite.com<br>             scott.james@moyewhite.com<br>Atty. Reg. # William F. Jones (#35294)<br>             Scott C. James (#42745) | ▲ COURT USE ONLY ▲<br><br>Case No.<br><br>Division/Courtroom: |

## COMPLAINT AND JURY DEMAND

Plaintiff, SushiQuik, LLC ("SushiQuik") by and through its counsel **MOYE WHITE LLP**, hereby submits its Complaint and Jury Demand as follows:

### NATURE OF THE ACTION

1.    This action involves claims for infringement of Plaintiff's registered trademarks in violation of in violation of 15 U.S.C. §§ 1051 *et seq.* (the "Lanham Act") counterfeiting of Plaintiff's federally registered trademarks arising from Defendant Amazon.com, Inc.'s ("Amazon" or "Defendant") advertising, marketing, promoting, distributing, displaying offering for sale and/or selling unlicensed, infringing and/or counterfeit versions of Plaintiff's SushiQuik

1

Products (as defined *infra*) and passing those counterfeit products off as genuine SushiQuik products.

## JURISDICTION AND VENUE

2.    Personal jurisdiction exists over Defendant in this judicial district because Defendant regularly conducts, transacts and/or solicits business in Colorado and in this judicial district, and/or derives substantial revenue from its business transactions in Colorado and in this judicial district, and/or otherwise avails itself of the privileges and protections of the laws of the State of Colorado, and Defendant's unlawful conduct complained of herein has caused and continues to cause injury to Plaintiff in Colorado and within this judicial district such that this Court's assertion of jurisdiction over Defendant does not offend traditional notions of fair play and due process.

3.    Venue is proper in this court because Defendant conducts, transacts and/or solicits business in this judicial district and, upon information and belief, a substantial part of the events or omissions giving rise to Plaintiff's claims, specifically the infringement of Plaintiff's intellectual property, has occurred, and is continuing to occur in this judicial district, and has caused damage to Plaintiff in this judicial district.

## THE PARTIES

4.    Plaintiff SushiQuik is a Colorado limited liability company with a principal office street address of 8982 East 5th Place, Denver, Colorado 80230.

5.    Defendant Amazon is a Delaware corporation, having its principal place of business at 410 Terry Avenue North, Seattle, WA 98109.

2

## GENERAL ALLEGATIONS

### A.    SushiQuik and its Product.

6.    SushiQuik is the owner, investor and patent holder of the SushiQuik at home sushi-making products.

7.    SushiQuik is the exclusive distributor for SushiQuik brand at home sushi-making kits.

8.    SushiQuik is the owner the relevant U.S. trademark registrations and/or applications relating to the SushiQuik at home sushi-making kits ("Plaintiff's Marks").

9.    Plaintiff's Marks are currently in use in commerce and were first used in commerce on or before the dates of first use reflected in the respective registrations and/or applications.

10.    SushiQuik    markets    and    advertises    its    products    through    its    website www.sushiquik.com (the "SushiQuik website").

11.    The SushiQuik website contains a "Buy Now" link that directs interested consumers to the PDP (defined *infra*) on Amazon's Website (defined *infra*).

12.    SushiQuik is the exclusive seller of SushiQuik products.

13.    SushiQuik is part of Amazon's Brand Registry Program (defined *infra*).

### B.    Amazon and its Brand Registry Program.

14.    Amazon is a global electronic commerce and cloud computing company and is the world's largest internet-based retailer by total sales and market capitalization.

15.    Amazon also sources and purchases a wide range of products from manufacturers, wholesalers and brand owners ("1P Sellers") pursuant to vendor central agreements ("1P

3

Products" and "VCAs", respectively), and imports, exports, advertises, distributes, offers for sale, sells and ships such 1P Products directly to consumers through the Amazon website, at www.amazon.com ("Amazon Website").

16.    Both Private-Label Products and 1P Products are designated as, "Ships from and sold by Amazon.com" in the product listings on the Amazon website.

17.    In addition to Amazon's sale of Private-Label Products and 1P Products through the Amazon Website, Amazon also offers a marketplace platform for over two million (2,000,000) manufacturers, wholesalers and retailers, as well as other third-party sellers worldwide to import, export, advertise, distribute, offer for sale, sell and ship their wholesale and retail products ("3P Sellers" and "3P Products", respectively) to consumers, which accounts for over 40% of the total units sold on the Amazon Website.

18.    3P Sellers list each of their 3P Products, and Amazon itself lists each of its Private Label Products and 1P Products, on or in connection with a product detail page ("PDP"). A PDP is the page where customers read details about a product offered for sale on the Amazon Website. The PDP includes a product image, price, description, customer reviews, ordering options, and the link to view offers from all sellers of the product. Once a PDP is created, it becomes part of the Amazon catalog, available at any point in the future to buyers and other sellers.

19.    PDPs also include the particular product's Amazon Standard Identification Number (or ASIN), which is a unique ten (10) character alphanumeric product identifier that is assigned by Amazon and is used to reference Amazon catalog data, track inventory for products, and index catalog pages for searching and browsing on the Amazon Website.

4

20.    If more than one seller lists a product for sale under a particular PDP, the sellers may compete for the "Buy Box" for that product.  The Buy Box refers to the box on the PDP where customers add items to their shopping cart.  The seller with the highest performance metrics and most experience usually "wins" the Buy Box, meaning that the seller is the default seller of the product.

21.    Amazon has a Brand Registry Program (Amazon's Brand Registry Program) wherein a seller can become the exclusive ownership of the Buy Box.

22.    A seller must apply to become part of Amazon's Brand Registry Program.

23.    Once part of Amazon's Brand Registry Program, Amazon is supposed to preclude other sellers from selling the registered seller's brand products.

24.    Each PDP also includes a link to a "Used or New" page wherein a potential customer can see the options for purchasing the same product in new or used form.

25.    The Used or New page is not supposed to allow unauthorized 3P sellers to sell counterfeit or imitation products.

**C.    Amazon's Anti-Counterfeiting Policy.**

26.    Amazon has an "Anti-Counterfeiting Policy," which states in relevant part: "Customers trust that they can always buy with confidence on Amazon.com.  Products offered for sale on Amazon.com must be authentic.  The sale of counterfeit products, including any products that have been illegally replicated, reproduced, or manufactured, is strictly prohibited…"

27.    Amazon's infringement reporting form and procedures, invites rights holders to report counterfeits and/or infringements found on the Amazon Website.

5

28.     Amazon claims it will consider on each alleged infringement on a case-by-case basis, and may remove the counterfeit and/or infringing product, or a specific listing.

**D.     Amazon's Wrongful Conduct.**

29.     Despite Amazon's anti-counterfeiting policies, a growing number of counterfeit and/or infringing products are still being advertised, marketed, promoted, distributed, displayed, offered for sale, and/or sold by Amazon and/or otherwise through the Amazon Website.

30.     The Amazon PDP for SushiQuik's product is titled "SushiQuik Super Easy Sushi Making Kit-World's #1 Sushi Kit." **Exhibit A**, Screenshot of SushiQuik PDP as of February 27, 2017.

31.     The Amazon PDP for SushiQuik's products contains a link for Used & New. **Exhibit B**, Screenshot with highlighted Used & New link.

32.     As of February 27, 2017, the "Used & New" page for the SushiQuik PDP indicates that a customer can purchase new SushiQuik products from a Seller named "The Legendary Shop." **Exhibit B.**

33.     Amazon has allowed numerous other unauthorized 3P Sellers in addition to The Legendary Shop to sell counterfeit SushiQuik products through the Amazon Website.

34.     The Legendary Shop is not a licensed distributor of SushiQuik products.

35.     Amazon knows that The Legendary Shop is not a licensed because SushiQuik has reported the Legendary Shop to Amazon on multiple occasions.

36.     Amazon knows that SushiQuik is the only licensed distributor of SushiQuik products because SushiQuik participates in Amazon's Brand Registry Program.

6

37.    Amazon has at times removed links to unauthorized 3P Sellers that are advertising, promoting, offering for sale and selling counterfeit SushiQuik products, however, Amazon continues to allow new unauthorized 3P Sellers to sell counterfeit products through the Used and New page on the SushiQuik PDP.

38.    Amazon has also affirmatively marketed, promoted, advertised, and offered for sale counterfeit SushiQuik products by affirmatively sending electronic messages to potential customers advertising.  Attached hereto as **Exhibit C** is an email from Amazon from February 17, 2017 advertising, promoting, and offering for sale a counterfeit SushiQuik product sold by the Legendary Shop.

39.    Amazon's conduct has caused, and continues to cause, damages to SushiQuik by inducing customers to purchase counterfeit SushiQuik products instead of genuine SushiQuik products as well as damaging the business reputation of SushiQuik.

## FIRST CLAIM FOR RELIEF
**(Direct Trademark Counterfeiting—15 U.S.C. §§ 1114(1)(b), 1116(d), and 1117(b)-(c))**

40.    Plaintiff incorporates all prior allegations as if set forth herein.

41.    Plaintiff is the exclusive owner of all right and title to Plaintiff's Marks.

42.    Plaintiff has continuously used Plaintiff's Marks in interstate commerce since at least as early as the dates of first use reflected in the respective registrations and/or applications.

43.    Defendant intentionally reproduced, copied, and/or colorably imitated Plaintiff's Marks and/or used spurious designations that are identical with, or substantially indistinguishable, from one or more of Plaintiff's Marks on or in connection with the advertising, marketing, promotion, distribution, display, offering for sale and/or sale of counterfeit SushiQuik products.

7

44.     Defendant has advertised, marketed, promoted, distributed, displayed, offered for sale and/or sold its Counterfeit Products to the purchasing public in direct competition with Plaintiff, in or affecting interstate commerce, and/or have acted with reckless disregard of Plaintiff's rights in and to Plaintiff's Marks, through its participation in such activities.

45.     Defendant has directly promoted counterfeits, copies, and colorable imitations of Plaintiff's Marks to online listings, promotions and/or advertisements intended to be used in commerce upon, or in connection with, the advertising, marketing, promoting, distributing, displaying, offering for sale, and/or selling of counterfeit SushiQuik products, which is likely to cause confusion, mistake, and deception among the general purchasing public as to the origin of the counterfeit products, and is likely to deceive consumers, the public and the trade into believing that the counterfeit products are associated with or are otherwise authorized by Plaintiff, thereby making substantial profits and gains to which it is not entitled in law or equity.

46.     Defendant's unauthorized use of Plaintiff's Marks on or in connection with the counterfeit products was done with notice and full knowledge that such use was not authorized or licensed by Plaintiff and with deliberate intent to unfairly benefit from the incalculable goodwill inherent in Plaintiff's Marks.

47.     Defendant's actions constitute willful counterfeiting of Plaintiff's Marks in violation of 15 U.S.C. §§ 1114(1)(a)-(b), 1116(d), and 1117(b)-(c).

48.     As a direct and proximate result of Defendant's illegal actions alleged herein, Defendant has caused substantial monetary loss and irreparable injury and damage to Plaintiff, their business, reputation and valuable rights in and to Plaintiff's Marks and the goodwill associated therewith, in an amount as yet unknown, but to be determined at trial, for which

8

4851-3783-2515, v. 1

Plaintiff has no adequate remedy at law, and unless immediately enjoined, Defendant will continue to cause such substantial and irreparable injury, loss and damage to Plaintiff and its valuable Marks.

49.     Based on Defendant's actions as alleged herein, Plaintiff is entitled to injunctive relief, damages for the irreparable harm that Plaintiff has sustained, and will sustain, as a result of Defendant's unlawful and infringing actions alleged herein, and all gains, profits and advantages obtained by Defendant as a result thereof, enhanced discretionary damages, treble damages, and/or statutory damages of up to $2,000,000 per counterfeit mark per type of goods sold, offered for sale, or distributed and reasonable attorney's fees and costs.

## SECOND CLAIM FOR RELIEF
### (False Designation of Origin and Passing Off--15 U.S.C. § 1125(a))

50.     Plaintiff incorporates all prior allegations as if set forth herein.

51.     Defendant has, and continues to, knowingly and willingly passed off counterfeit products as genuine SushiQuik products in commerce.

52.     Defendant used misleading and false descriptions and representations in connection with advertising, marketing, promoting, distributing, displaying, offering for sale and/or the sale of counterfeit SushiQuik products which were likely to cause confusion or to cause mistake, or to deceive as to the affiliation, connection, or association of the counterfeit products with genuine SushiQuik products.

53.     As a direct and proximate result of Defendant's aforementioned actions, Defendant has caused irreparable harm to Plaintiff by depriving Plaintiff of sales of SushiQuik products in an amount to be determined at trial.

9

54.     As a direct and proximate result of Defendant's illegal actions alleged herein, Defendant has caused substantial monetary loss and irreparable injury and damage to Plaintiff, its business, reputation and valuable rights in and to Plaintiff's Marks and the goodwill associated therewith, in an amount as yet unknown, but to be determined at trial, for which Plaintiff has no adequate remedy at law, and unless immediately enjoined, Defendant will continue to cause such substantial and irreparable injury, loss and damage to Plaintiff and its valuable Marks.

55.     Plaintiff is entitled to injunctive relief as well as monetary damages and other remedies provided by the Lanham Act, including damages that Plaintiff has sustained and will sustain as a result of Defendant's actions alleged herein, and all gains, profits and advantages obtained by Defendant as a result thereof, enhanced discretionary damages and reasonable attorneys' fees and costs.

### THIRD CLAIM FOR RELIEF
### (Contributory Trademark Infringement and Counterfeiting Under the Lanham Act)

56.     Plaintiff incorporates all prior allegations as if fully set forth herein.

57.     Without Plaintiff's permission, other 3P Sellers have knowingly and intentionally manufactured, advertised, marketed, promoted, distributed, displayed, offered for sale and/or sold counterfeit SushiQuik products using Plaintiff's Marks through the Amazon Website.

58.     Defendant knew that the other 3P Sellers were, continue to, illegally manufacture, advertise, market, promote distribute and display counterfeit SushiQuik products through the Amazon Website  based on Plaintiff's numerous complaints through the Amazon Reporting System and through Plaintiff's participation in the Brand Registration Program.

10

59.     Despite knowing of the other 3P Sellers' infringement and counterfeiting activities, Defendant has affirmatively promoted the counterfeit products by sending electronic communications to potential customers advertising, promoting and offering for sale the counterfeit SushiQuik products.

60.     Defendant could stop the other 3P Sellers from advertising, promoting, offering for sale, or selling counterfeit SushiQuik products, but has declined to exercise its right and ability to stop the same.

61.     By providing the Amazon Website to the other 3P Sellers to advertise, promote, offer for sale, and sell counterfeit SushiQuik products, Defendant has facilitated and provided the instrumentality for the other 3P sellers to engage in illegal activities.

62.     Defendant has received a financial benefit for allowing the other 3P Sellers to advertise, promote, offer for sale and sell counterfeit SushiQuik products on the Amazon Website.

63.     Defendant is therefore contributorily liable for the infringement and counterfeiting of Plaintiff's Marks by other 3P Sellers on the Amazon Website.

64.     As a direct and proximate result of Defendant's illegal actions alleged herein, Defendant has caused substantial monetary loss and irreparable injury and damage to Plaintiff, their business, reputation and valuable rights in and to Plaintiff's Marks and the goodwill associated therewith, in an amount as yet unknown, but to be determined at trial, for which Plaintiff has no adequate remedy at law, and unless immediately enjoined, Defendant will continue to cause such substantial and irreparable injury, loss and damage to Plaintiff and its valuable Marks.

11

## FOURTH CLAIM FOR RELIEF
### (Violation of the Colorado Consumer Protection Act)

65.     Plaintiff incorporates all prior allegations as if fully set forth herein.

66.     Defendant has engaged in deceptive trade practices including but not limited to:

a.      Knowingly passing off goods, services, or property as those of another;

b.      Knowingly making a false representation as to the source, sponsorship, approval,

or certification of goods, services, or property; and

c.      Knowingly making a false representation as to affiliation, connection, or

association with or certification by another.

67.     Defendant engaged in the aforementioned deceptive trade practices in the course

of its business.

68.     Defendant's deceptive trade practices are so widespread and repeated that they

have a significant adverse impact on the public in Colorado as well as across the nation.[1]

69.     Plaintiff suffered an injury to its legally protected trademark rights to the

Plaintiff's Marks.

---

[1] *See e.g.*, Serena NG and Greg Bensinger, *Do You Know What's Going in Your Amazon
Shopping Cart?*, The Wall Street Journal (2014), https://www.wsj.com/articles/on-amazon-
pooled-merchandise-opens-door-to-knockoffs-1399852852 (last visited Feb. 27, 2017); Ari
Levy, *Amazon's Chinese Counterfeit Problem is Getting Worse,* CNBC (2016),
http://www.cnbc.com/2016/07/08/amazons-chinese-counterfeit-problem-is-getting-worse.html
(last visited Feb. 27, 2017); Ari Levy, *Amazon Counterfeiters Wreak Havoc on Artists and Small
Businesses*, CNBC (2016), http://www.cnbc.com/2016/05/25/amazon-counterfeiters-wreak-
havoc-on-artists-and-small-businesses.html (last visited Feb. 27, 2017); Eugene Kim, *Hundreds
of Frustrated Sellers Grilled an Amazon Exec Over Chinese Counterfeit Products*, BUSINESS
INSIDER (2016); http://www.businessinsider.com/amazon-chinese-counterfeit-problem-2016-7
(last visited Feb. 27, 2017); Ari Levy, *How Amazon Counterfeits Put This Man's Business on
Brink of Collapse,* CNBC (2016), http://www.cnbc.com/2016/10/24/how-amazon-counterfeits-
put-this-mans-business-on-brink-of-collapse.html (last visited Feb. 27, 2017).

12

70.    Defendant's conduct was undertaken in bad faith so as to entitle Plaintiff to three times the amount of its actual damages, reasonable attorneys' fees to be determined by the court at a later date, and costs.

### PRAYER FOR RELIEF

**WHEREFORE,** Plaintiff prays for judgment against Defendant as follows:

A.    For an award of Defendant's profits and Plaintiff's damages pursuant to 15 U.S.C. § 1117(a), enhanced discretionary damages under 15 U.S.C. § 1117(a)(3), and treble damages in the amount of a sum equal to three (3) times such profits or damages, whichever is greater, pursuant to 15 U.S.C. § 1117(b) for willfully and intentionally, directly or indirectly using a mark or designation, knowing such mark or designation is a counterfeit mark in violation of 15 U.S.C. § 1114(1)(a);

B.    In the alternative to Defendant's profits and Plaintiff's actual damages, enhanced discretionary damages and treble damages for the willful use of a counterfeit mark in connection with the sale, offering for sale, or distribution of goods or services and/or for the willful encouragement, enabling, facilitation, participation in and/or material contribution to such use, for statutory damages pursuant to 15 U.S.C. § 1117(c) in the amount of not more than $2,000,000 per counterfeit mark per type of goods or services sold, offered for sale, or distributed, as the court considers just, which Plaintiff may elect prior to the rendering of final judgment;

C.    For an award of Defendant's profits and Plaintiff's damages pursuant to 15 U.S.C. § 1117(a) in an amount to be proven at trial and such other compensatory damages as the Court

13

determines to be fair and appropriate pursuant to 15 U.S.C. § 1117(a) for false designation of origin and unfair competition under 15 U.S.C. §1125(a);

D.     For an award of three times Plaintiff's actual damages, reasonable attorneys' fees and costs pursuant to C.R.S. § 6-1-113(2)(a)(III);

E.     For a preliminary and permanent injunction by this Court enjoining and prohibiting Defendant, or its agents, and any employees, agents, servants, officers, representatives, directors, attorneys, successors, affiliates, assigns and entities owned and controlled by Defendant, from:

i. advertising, marketing, promoting, distributing, displaying, offering for sale, selling and/or otherwise dealing in counterfeit SushiQuik product;

ii.  directly or indirectly using any false designation of origin or false description, or engaging in any action which is likely to cause confusion, mistake and/or to deceive members of the trade and/or the public as to the affiliation, connection or association of any product manufactured, imported, exported, advertised, marketed, promoted, distributed displayed, offered for sale, or sold by Defendant with Plaintiff, and/or as to the origin, sponsorship or approval of any product manufactured, imported, exported, advertised, marketed, promoted, distributed, displayed, offered for sale, or sold by Defendant and Defendant's commercial activities by Plaintiff; and

iii.   directly or indirectly engaging in any other actions that constitute unfair competition with Plaintiff.

14

## JURY DEMAND

Plaintiff hereby requests a jury trial for all triable claims.

DATED this 7th day of March, 2017.

Respectfully submitted,

*/s  William F. Jones*
William F. Jones (#35294)
Scott C. James (#42745)
ATTORNEYS FOR PLAINTIFF
SUSHIQUIK, LLC

Plaintiff's Address:
8982 East 5th Place
Denver, Colorado 80230

15

Amazon.com | Sushiquik Super Easy Sushi Making Kit - World's #1 Su...    https://www.amazon.com/Sushiquik-Sushi-Making-Kit-Easy/dp/B008...







| This Item Sushiquik Super Easy Making Kit - World's #1 Sushi Kit | Camp Chef Sushezi Roller Kit - Sushi Rolls Made Easy | SushiAya 11-Piece DIY Sushi Maker Kit with Sushi Knife and Online Video Tutorials, Red | Sushi Making Kit - Easy to Use DIY 10 Piece Sushi Roll Maker by Sushi Master |
|---|---|---|---|
| | #1 Best Seller | | |
| | (1224) | (36) | (141) |
| | $8.95 | $19.95 | $14.99 |
| | FREE Shipping | FREE Shipping | FREE Shipping |
| | BP Innovations - Toys, Jewelry, Kitchenware | SushiAya | Kitchen Plus Home |
| | Plastic | Plastic | Plastic |
| Add to Cart | Add to Cart | Add to Cart | Add to Cart |

## Product Description

We designed our Patented kit so everyone can make a sushi roll the very first time!

We took all the guess work out of it. The hardest thing to do as a beginner is to spread the right amount of rice. That's why we designed our training frame which measures exactly the amount of rice you need to make a perfect roll. We also designed our non-stick rice paddle to help you spread the rice along the training frame.

The last thing you need as a beginner is dealing with sticky rice all over your fingers as your trying to spread the rice. Then once the roll is made, cutting the roll evenly can be challenging for beginners. So we created the SushiQuik Roll Cutter which let's you evenly cut your rolls while saving your fingers.

To enjoy your rolls, we turned the end caps into soy sauce holders! And then once your done having your sushi party, we designed the rolling mat to snap apart so that you can easily place it in the dishwasher along with your silverware. Our whole kit is dishwasher safe, so no worries! We know you will love this kit.

The whole family will have fun making sushi!

Includes:

Easy Sushi Roll Cutter
Paddle
Training Frame

Patented – U.S. Pat. No. 9,215,952; other patents pending. (Does not come with sushi knife or white preparation dishes. These are pictured for demonstration purposes only)

## Product Information

| | | Warranty & Support |
|---|---|---|
| Product Dimensions | 8.5 x 9 x 4.5 inches | |
| Item Weight | 1.1 pounds | Product Warranty: For warranty information about this product, please click here |
| Shipping Weight | 1.1 pounds (View shipping rates and policies) | Feedback |
| Manufacturer | SushiQuik | If you are a seller for this product, would you like to suggest updates through seller support? |
| ASIN | B008YWRTB4 | Would you like to tell us about a lower price? |
| Origin | USA | |
| Item model number | Patented - U.S. Pat. No. 9,215,952 | |
| Customer Reviews | 667 customer reviews 4.5 out of 5 stars | |
| Best Sellers Rank | #1,604 in Home & Kitchen (See Top 100 in Home & Kitchen) #3 in Kitchen & Dining > Tabletop > Plates > Specialty Plates > Sushi Plates | |
| Date first available at Amazon.com | August 17, 2012 | |

## Sponsored Products Related To This Item (What's this?)

     

| Taylors of Harrogate Classic Tea Variety Box, 48 Count | Pathos - Sushi Roller Kit - Sushi Rolls Made Easy - All in 1 Sushi Making Machine | DALSTRONG Santoku Knife - Shogun Series - VG10 - 7" (180mm) | Sushi Master Sushi Kit – Easy to Use DIY 10 Piece Sushi Making Kit with 8 Inch Non Stick... | Kitchen + Home Non Stick Sushi Knife - 8 inch Stainless Steel Non Stick Multipurpose Chef Knife | Sushi Making Kit - Easy to Use DIY 10 Piece Sushi Roll Maker by Sushi Master | Sushi Bazooka Roller and Sushi Mat, All in One Sushi Maker Kit - Kitchen Appliance for perfect... |
|---|---|---|---|---|---|---|
| 2,504 | 2 | 357 | 5 | 984 | 141 | 2 |
| $11.49 | $9.95 | $113.91 | $21.99 | $9.99 | $14.99 | $17.99 |

Ad feedback

## Customers Viewing This Page May Be Interested In These Sponsored Links (What's this?)

1. EZ Roll™ Sushi Maker - BPA Free Plastic 🔊 - Includes Sushi Tube, Plunger, & End Cap. Quick & Easy To Use. Order Today!    www.ezrollsushimaker.com/
2. Sushezi Sushi Bazooka - Official As Seen on TV Site 🔊 - Make Perfect Sushi From Home With Three Simple Steps! As Seen on TV.    www.officialasseenontvproducts.com/Sushezi

Ad feedback

amazon
Enjoy family TV fun with
Prime Video monthly
Get started

Ad feedback

## Customer Questions & Answers

See questions and answers

## Customer Reviews

667

4.5 out of 5 stars

| | |
|---|---|
| 5 star | 75% |
| 4 star | 13% |
| 3 star | 5% |
| 2 star | 3% |
| 1 star | 4% |

See all verified purchase reviews

Share your thoughts with other customers

**Write a customer review**



Premium Silicone, Full instructions & Recipe eBook

Silicone Egg Ring Set of 4 Premium Red Egg Ri...
86

$29.99 $9.99

**Add to Cart**



Ad feedback

## Top Customer Reviews

**Makes homemade sushi easy.. easy enough for a 7-year-old!**
By Ms. M. N. TOP 1000 REVIEWER on January 19, 2015

Our family loves sushi quite a bit. Back when I was in college, I remember when our college campus added sushi to the menu, and I used my meal plan for sushi almost every day. To this day, I could still eat sushi just about every day and I think my whole family would love to have it more often!

Since having kids, sushi is not a part of our daily routine. We rarely go out to eat, and although the kids love sushi too, I don't make it as often as I would like. The reality is, it isn't the easiest to make and it can be a hassle. I was hoping SushiQuik would help streamline the sushi-making process, and it does.

So the first step is to choose your ingredients and make your rice. My kids like cucumber and cucumber-avocado rolls, so that is our go-to roll. I also get low-sodium soy sauce since my kids tend to be a bit heavy-handed with the soy sauce.

After cooking my sticky rice, I let it cool a little bit, usually by letting it chill a little in the fridge.

This kit is very easy to use. The first time we used it, my 7-year-old read the instructions, and for the most part, she assembled the first roll using our SushiQuik kit.

You start by placing a sheet of nori (dried seaweed) on the roller, and then place the frame over it, which serves as a guide for the rice. What I love is that the rice paddle

Read more



4 comments    163 people found this helpful. Was this review helpful to you? [ Yes ] [ No ]  Report abuse

**Easy! Rice on the outside rolls!**
By Beach Mom on August 8, 2015
Verified Purchase

Made sushi for the first time last night and it was awesome!!! This thing is so easy!! I was able to make rolls w rice on the outside w no problem, just added a little water to the roll mat and voila! I purchased eel sauce and made spicy mayo and put them in squirt bottles to give the platter that restaurant look. I also added black sesame seeds to the outside of one and a very inexpensive black caviar to another. My guests and husband were all amazed!



1 comment    91 people found this helpful. Was this review helpful to you? [ Yes ] [ No ]  Report abuse

**My 13 year old can make sushi!!!!**
By G mcgregor on January 7, 2013
Verified Purchase

I got this as a Christmas present for my 13 year old son who wants to be a chef. A couple days after Christmas while I was grocery shopping he got it out, cooked his rice, and rolled his first batch of sushi with what ever he could find in the fridge (cream cheese, cucumber, carrots). I couldn't believe how good it turned out! He just followed the simple instructions and had no problems. He is not much into raw fish so I got some smoked salmon, cooked shrimp and immitation crab meat and he has rolled several more batches since Christmas. Last week he took some for his lunch at school and all his friends bombarded him wanting to try his creation. This week he is planning on makeing a big batch to bring to school to share with his friends.

The quality of the plastic seems to be good and the clean up has been really easy. My son likes the attachement that helps him cut the sushi roll without squishing it. So far there have been no cons to this product.

1 comment    89 people found this helpful. Was this review helpful to you? [ Yes ] [ No ]  Report abuse

**Used the kit this weekend and loved it! I was surprised how much difference the ...**
By Megan on June 14, 2015
Verified Purchase

Used the kit this weekend and loved it! I was surprised how much difference the frame made. I took a sushi making class a year or so ago and have made it at home. It was always a pain getting it even and keeping the nori from ripping but not with the Sushiquik. I also appreciated the sushi rice recipe on the side of the box. The relatively small amount of oil it called for made a difference too. Everyone was impressed how professional everything appeared.

### Customer Images



See all customer images

### Most Recent Customer Reviews

**Excellent kit for an awesome price.**
The easiest and the best sushi I have ever made. The steps are very easy to follow and everyone in your household can make sushi with this kit. It makes great sushi every time.
Published 19 hours ago by Michael G.

**but can be helpful for sure for someone who doesn't horde kitchen supplies like I do**
It works well.
Lots of little pieces I don't really use, but can be helpful for sure for someone who doesn't horde kitchen supplies like I do. Read more
Published 4 days ago by joy I jewell

**Five Stars**
The kit works great and we love having sushi at home!
Published 4 days ago by Sandy S

**great sushi rolls**
Makes great sushi rolls lots of fun to use
Published 5 days ago by Terri A. Agy

**Three Stars**
A little hard for teenagers to figure out.
Published 5 days ago by Kevin C.

**Five Stars**
Works very well- could use some rubber feet for traction when rolling
Published 6 days ago by Amazon Customer

**Five Stars**
Really works and us very fun to use
Published 6 days ago by Amazon Customer

**Make good Sushi and be an amateur to boot!**
Makes it very easy to make killer sushi! You don't have to be a professional at all for great results using this kit.
Published 7 days ago by Eric Russell

**Let's eat!**
Nice set. Worth the price.
Published 9 days ago by Tucson Bob

**Five Stars**
great Christmas gift
Published 11 days ago by CLW

Search Customer Reviews

[                    ] [ Search ]



Comment    9 people found this helpful. Was this review helpful to you?  [ Yes ]  [ No ]  Report abuse

**Easy Easy Easy - Give it a shot! Great product!**
By C. Crawford on January 17, 2013
Verified Purchase

I am so glad I decided to give this a shot. I'm a little bit of a foodie, so I'm not worried about trying something new, but I was amazed at the ease of use. I made my version of a bit in a shushi roll, for my first recipe.

The directions included in the package were extremely easy to follow, the pictures are clear, make sense and are concise. I don't have a rice cooker, but I could see making the investment. Have you looked at their site? If not, you should do so. There are suggestions, small book of inspirations (recipe book) that you can download and it mentions dessert sushi - OH MY!

I didn't heed one piece of advice, which was having everything to begin making my roll. I just go too excited at the prospect of making my first roll. I would say get all of your things together and make 2 or 3 rolls on your first shot. I have also posted a pic of my first sushi roll. While my first try was not perfect, it is the practicing that is going to be so much fun!



Comment    48 people found this helpful. Was this review helpful to you?  [ Yes ]  [ No ]  Report abuse

**Easiest sushi I've ever made!**
By T. Davenport on January 18, 2016
Verified Purchase

I'm sure there is no easier way to start making sushi at home than using Sushiquik. My 12-year old daughter and I didn't even read the instructions and within 30 minutes, had whipped up our first sushi roll and were sharing it with friends. All of the pieces of the kit are durable and well-made so don't worry about anything breaking. We also put everything in the dishwasher (top shelf) afterwards and they all held up great!

A couple tips:
1. The slicer gadget isn't necessary. We found that the rolls were slightly larger than the slicer and got mangled when trying to extract them.
2. The end caps of the rolling 'paper' aren't necessary either. Just ensure your ingredients aren't pushed to the edge, otherwise they'll burst out when you roll it up.
3. Plan your rice ahead. While working with warm sushi rice is more convenient, it gets the nori damp and chewy. Let the rice cool before making your rolls.

Everything you need to start making sushi rolls is in this kit. As a beginner, I can't imagine anything easier!

   

Comment    10 people found this helpful. Was this review helpful to you?  [ Yes ]  [ No ]  Report abuse

*See all verified purchase reviews (newest first)*

[ Write a customer review ]

## Customers Who Viewed This Item Also Viewed

      

| BambooWorx- Sushi Making Kit - 2 sushi rolling mats, 1 rice paddle, 1 rice spreader, sushi rolling... | Camp Chef Sushezi Roller Kit - Sushi Rolls Made Easy | SushiAya 11-Piece DIY Sushi Maker Kit with Sushi Knife and Online Video Tutorials, Red | Sushi Chef Sushi Making Kit | Sushi Making Kit - Easy to Use DIY 10 Piece Sushi Roll Maker by Sushi Master | Sushi Maker Kit, AGPtek 11pcs DIY Sushi Maker Rice Roll Mold Including... |
|---|---|---|---|---|---|
| 295 | 1,224 | 36 | 369 | 141 | 31 |
| #1 Best Seller in Fish Plates | #1 Best Seller in Sushi Plates | $19.95 | $41.87 | $14.99 | $19.95 |
| $9.99 | $8.95 | | | | |

    Your Nails Will Thank You.

    3 Piece Nail Clipper Set - Stainless Steel Fingernail & Toenail Clippers with Nail File...    190    [ Add to Cart ]    $16.95

Ad feedback

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell on Amazon | Amazon Rewards Visa Signature Cards | Your Account |
| About Amazon | Sell Your Services on Amazon | Amazon.com Store Card | Your Orders |
| Investor Relations | Sell on Amazon Business | Amazon.com Corporate Credit Line | Shipping Rates & Policies |
| Amazon Devices | Sell Your Apps on Amazon | Shop with Points | Amazon Prime |
| | Become an Affiliate | Credit Card Marketplace | Returns & Replacements |
| | Advertise Your Products | Reload Your Balance | Manage Your Content and Devices |
| | Self-Publish with Us | Amazon Currency Converter | Amazon Assistant |
| | Become an Amazon Vendor | | Help |
| | › See all | | |

Australia   Brazil   Canada   China   France   Germany   India   Italy   Japan   Mexico   Netherlands   Spain   United Kingdom

| | | | | | | |
|---|---|---|---|---|---|---|
| Amazon Drive<br>Unlimited Cloud Storage<br>From Amazon | 6pm<br>Score deals<br>on fashion brands | AbeBooks<br>Books, art<br>& collectibles | ACX<br>Audiobook Publishing<br>Made Easy | Alexa<br>Actionable Analytics<br>for the Web | Amazon Business<br>Everything For<br>Your Business | AmazonFresh<br>Groceries & More<br>Right To Your Door |
| AmazonGlobal<br>Ship Orders<br>Internationally | Home Services<br>Handpicked Pros<br>Happiness Guarantee | Amazon Inspire<br>Free Digital Educational<br>Resources | Amazon Rapids<br>Fun stories for<br>kids on the go | Amazon Restaurants<br>Food delivery from<br>local restaurants | Amazon Video Direct<br>Video Distribution<br>Made Easy | Amazon Web Services<br>Scalable Cloud<br>Computing Services |
| Audible<br>Download<br>Audio Books | BeautyBar.com<br>Prestige Beauty<br>Delivered | Book Depository<br>Books With Free<br>Delivery Worldwide | Box Office Mojo<br>Find Movie<br>Box Office Data | Casa.com<br>Kitchen, Storage<br>& Everything Home | ComiXology<br>Thousands of<br>Digital Comics | CreateSpace<br>Indie Print Publishing<br>Made Easy |
| Diapers.com<br>Everything<br>But The Baby | DPReview<br>Digital<br>Photography | East Dane<br>Designer Men's<br>Fashion | Fabric<br>Sewing, Quilting<br>& Knitting | Goodreads<br>Book reviews<br>& recommendations | IMDb<br>Movies, TV<br>& Celebrities | IMDbPro<br>Get Info Entertainment<br>Professionals Need |
| Junglee.com<br>Shop Online<br>in India | Kindle Direct Publishing<br>Indie Digital Publishing<br>Made Easy | Prime Now<br>FREE 2-Hour Delivery<br>on Everyday Items | Shopbop<br>Designer<br>Fashion Brands | Soap.com<br>Health, Beauty &<br>Home Essentials | TenMarks.com<br>Math Activities<br>for Kids & Schools | Wag.com<br>Everything<br>For Your Pet |
| Warehouse Deals<br>Open-Box<br>Discounts | Whispercast<br>Discover & Distribute<br>Digital Content | Withoutabox<br>Submit to<br>Film Festivals | Woot!<br>Deals and<br>Shenanigans | Yoyo.com<br>A Happy Place<br>To Shop For Toys | Zappos<br>Shoes &<br>Clothing | |

Conditions of Use    Privacy Notice    Interest-Based Ads   © 1996-2017, Amazon.com, Inc. or its affiliates

Amazon.com: Buying Choices: Sushiquik Super Easy Sushi Making Kit ...    https://www.amazon.com/gp/offer-listing/B008YWRTB4/ref=dp_olp_al...

Try Prime

Home & Kitchen ▼

**Departments ▼**    Your Amazon.com    Today's Deals    Gift Cards & Registry    Sell    Hello. Sign in
Account & Lists ▼    Orders    Try Prime ▼    0
Cart

**Kitchen & Dining**    Best Sellers    Wedding Registry    Small Appliances ▼    Kitchen Tools ▼    Cookware ▼    Bakeware ▼    Cutlery ▼    Dining & Entertaining ▼

Sponsored By        HULLR 9-Piece Kitchen Gadgets Tools Set, Piz...
HULLR              $39.99 $24.99    > Shop now

Ad feedback

‹ Return to product information    Have one to sell?    Every purchase on Amazon.com is protected by an A-to-z guarantee.    Feedback on this page? Tell us what you think

# Sushiquik Super Easy Sushi Making Kit - World's #1 Sushi Kit

SushiQuik

667 customer reviews    Share

Compare:    **Offers for this product**    Offers for this product and similar products

| Refine by Clear all | Price + Shipping | Condition (Learn more) | Delivery | Seller Information | Buying Options |
|---|---|---|---|---|---|
| **Shipping**<br>☐ Free shipping<br><br>**Condition**<br>☐ New<br>☑ Used<br>☐ Like New<br>☐ Very Good<br>☐ Good<br>☐ Acceptable | **$23.79**<br>& FREE Shipping on orders over $35.00.<br>Details | **Used - Very Good**<br>Like New Condition. All contents are in original box. Item listed... » Read more | FULFILLMENT BY AMAZON<br>• Want it delivered Wednesday, March 1? Order it in the next 3 hours and 27 minutes, and choose **Two-Day Shipping** at checkout. See details<br>• Shipping rates and return policy. | **Homestead Living**<br>97% positive over the past 12 months. (32 total ratings) | Add to cart<br>or<br>Sign in to turn on 1-Click ordering. |
| | **$26.09**<br>& FREE Shipping on orders over $35.00.<br>Details | **Used - Like New**<br>Opened box Brand new still sealed in original package | FULFILLMENT BY AMAZON<br>• Back-ordered. Due in stock March 4 — order now to reserve yours<br>• Shipping rates and return policy. | **Gameolympics**<br>75% positive over the past 12 months. (4 total ratings) | Add to cart<br>or<br>Sign in to turn on 1-Click ordering. |
| | **$26.96**<br>& FREE Shipping on orders over $35.00.<br>Details | New | FULFILLMENT BY AMAZON<br>• Want it delivered Tuesday, February 28? Order it in the next 0 hours and 12 minutes, and choose **One-Day Shipping** at checkout. See details<br>• Shipping rates and return policy. | **The Legendary Shop**<br>100% positive over the past 12 months. (6 total ratings) | Add to cart<br>or<br>Sign in to turn on 1-Click ordering. |
| | **$26.97**<br>& FREE Shipping on orders over $35.00.<br>Details | New | FULFILLMENT BY AMAZON<br>• Want it delivered Tuesday, February 28? Order it in the next 0 hours and 12 minutes, and choose **One-Day Shipping** at checkout. See details<br>• Shipping rates and return policy. | **SushiQuik**<br>96% positive over the past 12 months. (873 total ratings) | Add to cart<br>or<br>Sign in to turn on 1-Click ordering. |

Your Recently Viewed Items and Featured Recommendations

See personalized recommendations

**Sign In**

New customer? Start here.

**Exhibit**

**B**

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell on Amazon | Amazon Rewards Visa Signature Cards | Your Account |
| About Amazon | Sell Your Services on Amazon | Amazon.com Store Card | Your Orders |
| Investor Relations | Sell on Amazon Business | Amazon.com Corporate Credit Line | Shipping Rates & Policies |
| Amazon Devices | Sell Your Apps on Amazon | Shop with Points | Amazon Prime |
| | Become an Affiliate | Credit Card Marketplace | Returns & Replacements |
| | Advertise Your Products | Reload Your Balance | Manage Your Content and Devices |
| | Self-Publish with Us | Amazon Currency Converter | Amazon Assistant |
| | Become an Amazon Vendor | | Help |
| | › See all | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Amazon Drive<br>Unlimited Cloud Storage<br>From Amazon | 6pm<br>Score deals<br>on fashion brands | AbeBooks<br>Books, art<br>& collectibles | ACX<br>Audiobook Publishing<br>Made Easy | Alexa<br>Actionable Analytics<br>for the Web | Amazon Business<br>Everything For<br>Your Business | AmazonFresh<br>Groceries & More<br>Right To Your Door | |
| AmazonGlobal<br>Ship Orders<br>Internationally | Home Services<br>Handpicked Pros<br>Happiness Guarantee | Amazon Inspire<br>Free Digital Educational<br>Resources | Amazon Rapids<br>Fun stories for<br>kids on the go | Amazon Restaurants<br>Food delivery from<br>local restaurants | Amazon Video Direct<br>Video Distribution<br>Made Easy | Amazon Web Services<br>Scalable Cloud<br>Computing Services | |
| Audible<br>Download<br>Audio Books | BeautyBar.com<br>Prestige Beauty<br>Delivered | Book Depository<br>Books With Free<br>Delivery Worldwide | Box Office Mojo<br>Find Movie<br>Box Office Data | Casa.com<br>Kitchen, Storage<br>& Everything Home | ComiXology<br>Thousands of<br>Digital Comics | CreateSpace<br>Indie Print Publishing<br>Made Easy | |
| Diapers.com<br>Everything<br>But The Baby | DPReview<br>Digital<br>Photography | East Dane<br>Designer Men's<br>Fashion | Fabric<br>Sewing, Quilting<br>& Knitting | Goodreads<br>Book reviews<br>& recommendations | IMDb<br>Movies, TV<br>& Celebrities | IMDbPro<br>Get Info Entertainment<br>Professionals Need | |
| Junglee.com<br>Shop Online<br>in India | Kindle Direct Publishing<br>Indie Digital Publishing<br>Made Easy | Prime Now<br>FREE 2-Hour Delivery<br>on Everyday Items | Shopbop<br>Designer<br>Fashion Brands | Soap.com<br>Health, Beauty &<br>Home Essentials | TenMarks.com<br>Math Activities<br>for Kids & Schools | Wag.com<br>Everything<br>For Your Pet | |
| Warehouse Deals<br>Open-Box<br>Discounts | Whispercast<br>Discover & Distribute<br>Digital Content | Withoutabox<br>Submit to<br>Film Festivals | Woot!<br>Deals and<br>Shenanigans | Yoyo.com<br>A Happy Place<br>To Shop For Toys | Zappos<br>Shoes &<br>Clothing | | |

Australia   Brazil   Canada   China   France   Germany   India   Italy   Japan   Mexico   Netherlands   Spain   United Kingdom

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2017, Amazon.com, Inc. or its affiliates

**Billy Jones**

| | |
|---|---|
| **From:** | Amazon.com <vfe-campaign-response@amazon.com> |
| **Sent:** | Friday, February 17, 2017 12:33 PM |
| **To:** | Billy Jones |
| **Subject:** | Sushiquik Super Easy Sushi Making... |



        Your Amazon.com    Today's Deals    See All Departments

William Jones,

Based on your recent visit, we thought you might be interested in these items.

**SPONSORED BY CREATIVE HOME**

*Hand Carved From Natural Stone Fruit Basket*

Creative Home Champagne Marble Fruit Bowl on Pedes





Sushiquik Super Easy Sushi Making Kit - World's #1 Sushi Kit
by SushiQuik

List Price: $34.95
Price: **$26.97** ✓Prime
You Save: $7.98 (23%)
Sold by The Legendary Shop and Fulfilled by Amazon.

 Learn more
Add to Wish List



SushiAya 11-Piece DIY Sushi Maker Kit with Sushi Knife and Online...
by SushiAya

List Price: $29.95
Price: **$19.95** ✓Prime
You Save: $10.00 (33%)
Sold by SushiAya and Fulfilled by Amazon.

Learn more
Add to Wish List

**Exhibit**

**C**



**BambooWorx- Sushi Making Kit - 2 sushi rolling mats, 1
rice paddle...**
by BambooWorx

Learn more
Add to Wish List

List Price: $15.99
Price: **$9.99** *Prime*
You Save: $6.00 (38%)
Sold by JayGee Stores and Fulfilled by Amazon.



**Sushi Chef Sushi Making Kit**
by Sushi Chef

Learn more
Add to Wish List

Was $41.88
Price: **$41.87** ($41.87 / Count) *Prime*
Subscribe & Save Price: $39.78 ($39.78 / Count)



**Sushi Making Kit - Easy to Use DIY 10 Piece Sushi Roll
Maker by...**
by Kitchen + Home

Learn more
Add to Wish List

List Price: $24.99
Price: **$14.99** *Prime*
You Save: $10.00 (40%)
Sold by Kitchen Plus Home and Fulfilled by Amazon.



**Sushi Magic Sushi Making Kit**
by Food Adventures

Learn more
Add to Wish List

Price: **$29.95** *Prime*
Sold by Cellar_Door_Books and Fulfilled by Amazon.



**Sushi Maker Kit, AGPtek 11pcs DIY Sushi Making Kit Roll
Sushi Maker...**
by AGPtek

Learn more
Add to Wish List

List Price: $22.99
Price: **$19.99** *Prime*
You Save: $3.00 (13%)
Sold by FOOBER US and Fulfilled by Amazon.

## Brooke Somerville

| | |
|---|---|
| **From:** | CO E-Filing Courtesy Notices <DoNotReply@judicial.state.co.us> |
| **Sent:** | Tuesday, March 07, 2017 3:46 PM |
| **To:** | Brooke Somerville |
| **Subject:** | New Case Accepted with Updates: 2017CV030875 - Sushiquik LLC v. Amazon Com Inc |

Court: Denver County - District
Case Caption: Sushiquik LLC v. Amazon Com Inc
Case Number: 2017CV030875
Division: Division 215
Filing ID: EA6B07FFD7B4E
Date Filed: March 7, 2017
Date Accepted: March 7, 2017

Document ID: FA7A2657A423E Exhibit B has been accepted by the court with the following update(s):
Document Security changed from Public to Protected
Clerk Name: Andrika McKager

Document ID: 2980FE56293A5 Civil Case Cover Sheet has been accepted by the court.
Clerk Name: Andrika McKager

Document ID: 1298CA07BB581 Summons has been accepted by the court.
Clerk Name: Andrika McKager

Document ID: A440F22880F89 Complaint and Jury Demand (w/ attach) has been accepted by the court with the following update(s):
Document Title changed from Complaint w/Jury Demand to Complaint and Jury Demand (w/ attach)
Clerk Name: Andrika McKager

Document ID: A147607A4CA23 Exhibit A has been accepted by the court with the following update(s):
Document Security changed from Public to Protected
Clerk Name: Andrika McKager

Document ID: 9F6CA38B17A40 Exhibit C has been accepted by the court with the following update(s):
Document Security changed from Public to Protected
Clerk Name: Andrika McKager

View details online at
https://www.jbits.courts.state.co.us/efiling/web/filingInformation/filingInfo.htm?fid=EA6B07FFD7B4E.

For questions about this case, please contact the court.

If you need additional assistance, you may contact us at efilingsupport@judicial.state.co.us or 1-855-264-2237.

*This e-mail was sent from an automated service. Please do not reply to this e-mail directly.*

Click here to report this email as spam.

1